USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JEM ACCESSORIES, INC. d/b/a Xtreme Cables,    :

         Plaintiff,    :    11:20-cv-4984-GHW

    -against-    :    ORDER

JVCKENWOOD USA CORPORATION,    :

        Defendant.    :

----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On February 22, 2021, the Court dropped defendant Harman International Industries, Inc. ("Harman") from this action. Plaintiff's claims against defendant JVCKENWOOD USA Corporation will proceed under this case number.

The Court hereby ORDERS that all future pleadings in this case shall bear the caption on this order.

The Clerk of Court is directed to conform the caption of this case to the caption on this order. The Clerk of Court is further directed to remove Harman from the list of active parties in this case.

SO ORDERED.

Dated: February 23, 2021

             _____
             GREGORY H. WOODS
             United States District Judge